UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                           CASE NO:  06-31197
                                                      (Chapter 13)
LARRY R JOLLIFF
JENNIFER J JOLLIFF                               JUDGE:  GUY R. HUMPHREY

## NOTICE TO TERMINATE PAYMENT OF CLAIM

Now comes the Chapter 13 Trustee and gives NOTICE OF TERMINATION of payment to FIFTH THIRD BANK, Trustee's claim Number 0005, Court claim number (7), in the amount of $12,747.92.

The Trustee has received correspondence from FIFTH THIRD BANK that no further payments are to be made by the Trustee on its claim.

Notice is hereby given that unless a response is submitted within 21 days from the date of this certificate of service, the Trustee will cease payment on this claim.

/s/ JEFFREY M. KELLNER
JEFFREY M. KELLNER, 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
Phone:  (937) 222-7600
Fax:  (937) 222-7383
email:  chapter13@dayton13.com

06-31197

CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LARRY R JOLLIFF
25 WELDON LANE
NORTH LEWISBURG, OH  43060

JENNIFER J JOLLIFF
5921 COUNTY ROAD 47
WEST LIBERTY, OH  43357

JOHN F CANNIZZARO
302 SOUTH MAIN ST
MARYSVILLE, OH  43040

(23.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(25.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(5.1)
FIFTH THIRD BANK
ATTN BANKRUPTCY DEPARTMENT
1850 E PARIS SE MD ROPS05
GRAND RAPIDS, MI  49546

(27.1n)
KERRI N BRUCKNER
LERNER SAMPSON & ROTHFUSS
PO BOX 5480
CINCINNATI, OH  45201-5480

0631197_000_20110418)_080805_482/T385_me
###